UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Michael Brown<br><br>        Plaintiff,<br><br>v.<br><br>Midwest Recovery Systems, LLC and Brandon Tumber<br><br>        Defendant. | Case No. 4:14-cv-01757<br><br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.

> RESPECTFULLY SUBMITTED,
>
> Hyslip & Taylor, LLC, LPA,
>
> By:   s/ Sean C. Paul, Of Counsel
>         Attorney for Plaintiff
>         8917 Gravois Rd
>         St. Louis, MO 63123
>         314-827-4027
>         scp@seancpaulattorney.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel via US Mail upon the following:

Brandon Tumber, President
Midwest Recovery Systems, LLC
2745 W. Clay Street, Suite J
St. Charles, MO 63301

s/ Sean C. Paul