## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| Michael Brown<br><br>    Plaintiff,<br><br>v.<br><br>Midwest Recovery Systems, LLC<br><br>AND<br><br>Brandon Tumber<br><br>    Defendants. | Case No. 4:14-cv-01757<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE**<br><br>*So Ordered*<br>*[signature] 1/23/15* |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

By:   /s/ Sean C. Paul
Of Counsel, Sean C. Paul
Bar Number: 59371
One of Plaintiff's Attorney's
Hyslip & Taylor, LLC, LPA
8917 Gravois Road
St. Louis, MO 63123
Phone: 314-827-4027
Email: scp@seanpaulattorney.com

1